**CAROL ANN MOSES #164193**
Attorney at Law
575 E. Alluvial, Suite 105
Fresno, California 93720
Telephone: (559) 449-9069
Facsimile: (559) 513-8530

Attorney for Defendant,
DEMETRIUS TANNER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-cr-00405-AWI |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE REVOCATION HEARING TO DECEMBER 12, 2011 |
| DEMETRIUS TANNER, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel ELANA LANDAU, Assistant United States Attorney, counsel for Plaintiff, and CAROL ANN MOSES, Attorney of Record for Defendant, DEMETRIUS TANNER, the Revocation Hearing currently set for December 5, 2011 at 9:00 a.m. shall be continued to December 12, 2011 at 9:00 a.m.  Defense counsel has a previously scheduled appointment out of town involving a civil case from Tuolumne County, *Kreuser v Schulz, et al.*, Case #CV55940.

Dated: December 2, 2011          By: /s/ Carol Ann Moses
                                      CAROL ANN MOSES
                                      Attorney for Defendant
                                      DEMETRIUS TANNER

Dated: December 2, 2011          By: /s/ Elana S. Landau
                                      ELANA S. LANDAU
                                      Assistant United States Attorney
                                      Attorney for Plaintiff

STIPULATION TO CONTINUE
REVOCATION HEARING                  1

***ORDER***

The Court, having reviewed the above request HEREBY ORDERS AS FOLLOWS:

1. The Revocation Hearing scheduled for December 5, 2011 at 9:00 a.m. shall be continued to December 12, 2011, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   December 2, 2011

CHIEF UNITED STATES DISTRICT JUDGE