1  BENJAMIN B. WAGNER
   United States Attorney
2  ELANA LANDAU
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6

7
                    IN THE UNITED STATES DISTRICT COURT FOR THE
8
                          EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,          )   NO. 1:11-cr-00405-AWI
                                       )
11         Plaintiff,                  )   ORDER STAYING MAGISTRATE'S
                                       )   RELEASE ORDER AND SETTING
12                                     )   GOVERNMENT'S MOTION FOR
           v.                          )   REVOCATION FOR HEARING
13                                     )
                                       )
14  DEMETRIUS TANNER,                  )
                                       )
15         Defendant.                  )
                                       )
16

17         Upon application of the United States Government for stay of the order of the magistrate

18  setting conditions of release for the above-named defendant, and good cause appearing,

19         IT IS HEREBY ORDERED THAT the Magistrate's order setting conditions for release of the

20  above-named defendant, be stayed pending the disposition of the government's motion to revoke

21  such orders.

22         IT IS FURTHER ORDERED that the government file its brief in support of its motion to

23  revoke the defendant's conditions of release on or before noon on December 15, 2011 and that

24  hearing on such motion be set for January 3, 2012 at 9:00 a.m.

25

26  IT IS SO ORDERED.

27
    Dated:   December 16, 2011                        _____
28                                                    CHIEF UNITED STATES DISTRICT JUDGE

                                              1