1  **CAROL ANN MOSES #164193**
   Attorney at Law
2  575 East Alluvial, Suite 105
   Fresno, California 93720
3  Telephone: (559) 449-9069
   Facsimile: (559) 513-8530
4

5  Attorney for Defendant,
   DEMETRIUS TANNER
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )   CASE NO. 1:11-cr-00405-AWI
                                )
12         Plaintiff,            )   STIPULATION TO CONTINUE
                                )   STATUS CONFERENCE HEARING;
13 vs.                           )   ORDER
                                )
14 DEMETRIUS TANNER,             )   Date:  February 13, 2012
                                )   Time:  9:00 a.m.
15         Defendant.            )   Judge: Hon. Anthony W. Ishii
                                )
16 _____)

17

18     **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their

19 respective attorneys of record herein, that the status conference hearing in the above captioned

20 matter now set for January 30, 2012, **may be continued to February 13, 2012 at 9:00 A.M.**

21     The government intends on filing a superceding indictment in this matter. Defense

22 counsel needs additional time to discuss ramifications of the new filing and, in light of new case

23 law, explore motion options with Mr. Tanner. The requested continuance will provide continuity

24 of counsel, will serve the ends of justice and result in the economic use of time and resources as

25 well as conserve time and resources for all parties and the court.

26 ///

27 ///

28 ///

STIPULATION TO CONTINUE STATUS
CONFERENCE HEARING; ORDER                    1

1 | The parties agree that the delay resulting from the continuance shall be excluded in the interests
2 | of justice, including but not limited to, the need for the period of time set forth herein for further
3 | defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

Dated: January 25, 2012          /s/ Carol Ann Moses
                                 CAROL ANN MOSES
                                 Attorney for Defendant
                                 DEMETRIUS TANNER


                                 BENJAMIN B. WAGNER
                                 United States Attorney

Dated: January 25, 2012          /s/ Elana S. Landau
                                 ELANA S. LANDAU
                                 Assistant United States Attorney
                                 Attorney for Plaintiff


## ORDER

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(A) and (B).

IT IS SO ORDERED.

Dated:   January 25, 2012                          _____
                                                   CHIEF UNITED STATES DISTRICT JUDGE