1  **CAROL ANN MOSES #164193**
   Attorney at Law
2  575 East Alluvial, Suite 105
   Fresno, California 93720
3  Telephone: (559) 449-9069
   Facsimile: (559) 513-8530
4

5  Attorney for Defendant,
   DEMETRIUS TANNER
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   CASE NO. 1:11-cr-00405-AWI
                                    )
12              Plaintiff,          )   STIPULATION TO MOVE
                                    )   STATUS CONFERENCE HEARING;
13 vs.                              )   ORDER
                                    )
14 DEMETRIUS TANNER,                )   Date:  February 13, 2012
                                    )   Time:  1:00 PM
15              Defendant.          )   Judge: Dennis L. Beck
                                    )
16 _____  )

17        **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their

18 respective attorneys of record herein, that the status conference hearing in the above captioned

19 matter now set for February 13, 2012 before the Honorable Anthony W. Ishii shall be moved to

20 1:00 P.M. on February 13, 2012 before the Honorable Dennis L. Beck.

21 Dated: February 9, 2012                  /s/ Carol Ann Moses
                                            CAROL ANN MOSES
22                                          Attorney for Defendant
                                            DEMETRIUS TANNER
23

24                                          BENJAMIN B. WAGNER
                                            United States Attorney
25

26 Dated: February 9, 2012                  /s/ Elana S. Landau
                                            ELANA S. LANDAU
27                                          Assistant United States Attorney
                                            Attorney for Plaintiff
28

STIPULATION TO MOVE STATUS
CONFERENCE HEARING; [PROPOSED] ORDER         1

1 **ORDER**

3    IT IS SO ORDERED.

4    **Dated:   February 9, 2012**                      /s/ **Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE