**CAROL ANN MOSES #164193**
Attorney at Law
575 East Alluvial, Suite 105
Fresno, California 93720
Telephone: (559) 449-9069
Facsimile: (559) 513-8530

Attorney for Defendant,
DEMETRIUS TANNER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                              )<br>         Plaintiff,          )<br>                              )<br>vs.                           )<br>                              )<br>DEMETRIUS TANNER,             )<br>                              )<br>         Defendant.          )<br>_____) | CASE NO. 1:11-cr-00405-AWI<br><br>STIPULATION TO CONTINUE<br>STATUS CONFERENCE HEARING;<br>ORDER<br><br>Date:  April 23, 2012<br>Time:  1:00<br>Judge: Hon. Dennis L. Beck |

   **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now set for March 12, 2012, **may be continued to April 23, 2012 at 1:00 A.M.**

   This continuance will allow sufficient time for the Defense to send a disk to an audio specialist in Napa, California to assist counsel in enhancing the audio on the disk.  The requested continuance will provide continuity of counsel, will serve the ends of justice and result in economic us of time and resources and will conserve time and resources for all parties and the court.  Assistant United States Attorney Elana Landau has no objection to this request.

///

///

///

STIPULATION TO CONTINUE STATUS
CONFERENCE HEARING; [PROPOSED] ORDER            1

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests
2  of justice, including but not limited to, the need for the period of time set forth herein for further
3  defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

5  Dated: March 2, 2012                    /s/ Carol Ann Moses
                                           CAROL ANN MOSES
6                                          Attorney for Defendant
                                           DEMETRIUS TANNER

8                                          BENJAMIN B. WAGNER
                                           United States Attorney

10 Dated: March 2, 2012                    /s/ Elana S. Landau
                                           ELANA S. LANDAU
11                                         Assistant United States Attorney
                                           Attorney for Plaintiff

14                                       **ORDER**

15     **IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C.
   § 3161(h)(A) and (B).

17     IT IS SO ORDERED.

18     **Dated:   March 5, 2012**              /s/ **Dennis L. Beck**
                                           UNITED STATES MAGISTRATE JUDGE