HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
DEMETRIUS TANNER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEMETRIUS TANNER,<br><br>Defendant. | No. 1:11-cr-00405-AWI-BAM<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable ANTONY W. ISHII |

Defendant, DEMETRIUS TANNER, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1.   Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.   On January 7, 2013, this Court sentenced Mr. Tanner to a term of 70 months imprisonment;

3.   His total offense level was 23, his criminal history category was IV, and the resulting guideline range was 70 to 87 months;

4.     The sentencing range applicable to Mr. Tanner was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.     Mr. Tanner's total offense level has been reduced from 23 to 21, and his amended guideline range is 57 to 71 months, however, he is subject to a mandatory minimum term of 60 months; and,

6.     Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Tanner's term of imprisonment to a total term of 60 months.

Respectfully submitted,

Dated:  January 9, 2015                           Dated:   January 9, 2015

BENJAMIN B. WAGNER                          HEATHER E. WILLIAMS
United States Attorney                              Federal Defender


 /s/ *Kathleen A. Servatius*                           /s/ *David M. Porter*
KATHLEEN A. SERVATIUS                       DAVID M. PORTER
Assistant U.S. Attorney                              Assistant Federal Defender

Attorney for Plaintiff                                  Attorney for Defendant
UNITED STATES OF AMERICA                DEMETRIUS TANNER

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Tanner is entitled to the benefit Amendment 782, which reduces the total offense level from 23 to 21, resulting in an amended guideline range of 57 to 71 months, but he is subject to a mandatory minimum term of 60 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in January 2013 is reduced to a term of 60 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above

reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Tanner shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:   January 12, 2015                                    _____
                                                                                        SENIOR DISTRICT JUDGE