AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:11-cr-00405-AWI-BAM   Document 57   Filed 01/14/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br>DEMETRIUS TANNER | Case No: 1:11-cr-00405-001<br>USM No: <br>David M. Porter, FD<br>*Defendant's Attorney* |
| Date of Original Judgment: 01/08/2013<br>Date of Previous Amended Judgment: <br>*(Use Date of Last Amended Judgment if Any)* | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  70  months **is reduced to**  60 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  01/08/2013  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  01/14/2015                               /s/ ANTHONY W. ISHII
                                                      *Judge's signature*

Effective Date:  11/01/2015                           Senior United States District Judge Anthony W. Ishii
*(if different from order date)*                       *Printed name and title*